UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RANBURN CORPORATION d/b/a RANBURN CLEANERS, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) ) Civil Action No.: 4:16-cv-00088-JD-PRC |
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, NATIONAL FIRE AND INDEMNITY EXCHANGE, MERIDIAN MUTUAL INSURANCE COMPANIES n/k/a STATE AUTO INSURANCE COMPANIES, | ) ) ) ) ) ) ) ) |
| Defendants/Counterclaim Plaintiffs. | ) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant Ranburn Corporation d/b/a Ranburn Cleaners ("Ranburn") respectfully moves the Court to find that there is no just reason for delay and to direct entry of a final judgment as to the Court's Declaratory Judgment (Doc. 113) and Opinion and Order (Doc. 112). In support, Ranburn submits contemporaneously herewith its Brief in Support.

Dated: April 26, 2018

Respectfully submitted,

ICE MILLER LLP

 /s/ Amy S. Berg
Brent W. Huber (#16077-53)
Amy S. Berg (#32513-32)
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
Brent.Huber@icemiller.com
Amy.Berg@icemiller.com
*Counsel for Ranburn Corporation d/b/a Ranburn Cleaners*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 26, 2018, a copy of the foregoing Motion for Entry of Final Judgment was filed electronically with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　　/s/ Amy S. Berg
　　　　　　　　　　　　　　　　　　　　　Amy S. Berg

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100