# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| RANBURN CORPORATION d/b/a ) <br> RANBURN CLEANERS ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARGONAUT GREAT CENTRAL ) <br> INSURANCE COMPANY, *et al.*, ) <br>     Defendants. ) <br> ) <br> NATIONAL FIRE AND INDEMNITY ) <br> EXCHANGE, ) <br>     Counter Claimant, ) <br> ) <br> v. ) <br> ) <br> RANBURN CORPORATION d/b/a ) <br> RANBURN CLEANERS ) <br>     Counterclaim Defendant. ) <br> ) <br> MERIDIAN MUTUAL INSURANCE ) <br> COMPANIES n/k/a STATE AUTO ) <br> INSURANCE COMPANIES, ) <br>     Counter Claimant, ) <br> ) <br> v. ) <br> ) <br> RANBURN CORPORATION d/b/a ) <br> RANBURN CLEANERS ) <br>     Counterclaim Defendant. ) | CAUSE NO.: 4:16-CV-88-RL-PRC |

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Vacate Case Management Deadlines and for Entry of Stay [DE 172], filed by Plaintiff on November 8, 2018.

Having reviewed the motion and noting the agreement of the parties, the Court hereby **GRANTS** Plaintiff's Unopposed Motion to Vacate Case Management Deadlines and for Entry of Stay [DE 172]. The Court **VACATES** all pending case management deadlines and **STAYS** all new written discovery and all depositions in this action until the Court issues rulings on Defendant State Auto's Motion to Compel Plaintiff's Production of Documents, or for *In Camera* Inspection [DE 135] and Plaintiff's Motion to Compel 30(b)(6) Deposition and Production of Documents and Information [DE 153].

The Court **DIRECTS** the parties to meet and confer and, within forty-five days following the Court's ruling on the above pending discovery motions, to **FILE** a proposed amended pretrial schedule to include any proposed discovery deadlines as necessary to prepare the case for trial.

So ORDERED this 9th day of November, 2018.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT